THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIDEL ZELEKE,<br><br>                  Plaintiff,<br><br>  vs.<br><br>SP PLUS CORPORATION,<br><br>                  Defendant. | NO. 2:19-CV-00938-BJR<br><br>**STIPULATED MOTION AND ORDER TO STRIKE PLAINTIFF'S JURY DEMAND** |

## **STIPULATION**

The parties, Plaintiff Fidel Zeleke and Defendant SP Plus Corporation ("SP Plus") by and through their respective counsel, respectfully and jointly move the Court for an Order striking Plaintiff Fidel Zeleke's Jury Demand filed on September 12, 2019, based on the following reasons:

1.    On February 22, 2019, Mr. Zeleke filed this civil action in King County Superior Court on February 22, 2019. Dkt. 1-1 at 4. The Complaint did not contain a jury demand. SP Plus was served on May 21, 2019. On June 11, 2019, SP Plus filed its Answer to the Complaint. Dkt. 9-1 at 2. On June 17, 2019, SP Plus removed this action to this Court based on subject matter jurisdiction and served Mr. Zeleke with Notice of Removal by mail. Dkt. 1.

2.    On June 18, 2019, The Clerk of Court issued a letter to the parties that stated: "Your attention is directed to the provisions of Rule 38(b) and 81(c) of the Federal Rules of Civil Procedure, pertaining to the filing of demands for trial by Jury in Federal Court." Dkt. 2.

STIPULATED MOTION FOR ORDER TO STRIKE
PLAINTIFF'S JURY DEMAND – PAGE 1
(No. 2:19-CV-00938-BJR)

GORDON REES SCULLY
MANSUKHANI LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile:  (206) 689-2822

Under Civil Rules 38 and 81, Mr. Zeleke's jury demand deadline was July 5, 2019.  He filed the demand on September 12, 2019.

4. On September 12, 2019, the parties filed a Joint Status Report and Discovery Plan. Dkt. 14. SP Plus noted in the Joint Status Report that Mr. Zeleke's demand for a jury was untimely filed and that it would be filing a motion to strike.

5. The parties have since conferred and agree that the Jury Demand should be stricken.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED this 29th day of January 2020.

| **GORDON REES SCULLY MANSUKHANI, LLP** | **LAW OFFICE OF RODNEY MOODY** |
|---|---|
| *s/ Diana P. Danzberger* <br> Sarah N. Turner, WSBA #37748 <br> Diana P. Danzberger, WSBA #24818 <br> Attorneys for Defendant SP Plus Corporation <br> 701 5th Avenue, Suite 2100 <br> Seattle, WA 98104 <br> (206) 695-5100 <br> sturner@grsm.com; <br> ddanzberger@grsm.com | *s/ Rodney R. Moody* <br> Rodney R. Moody, WSBA #17416 <br> Attorney for Plaintiff Fidel Zeleke <br> 2707 Colby Avenue, Suite 603 <br> Everett, WA 98201 <br> (425) 740-2940 <br> rmoody@rodneymoodylaw.com |

///
///
///

STIPULATED MOTION FOR ORDER TO STRIKE PLAINTIFF'S JURY DEMAND – PAGE 2
(No. 2:19-CV-00938-BJR)

GORDON REES SCULLY MANSUKHANI LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

**ORDER**

PURSUANT TO THE STIPULATION ABOVE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Jury Demand is stricken.

DATED this 14th day of May, 2020.

*/s/ Barbara J. Rothstein*
_____
THE HONORABLE BARBARA J. ROTHSTEIN
United States District Court Judge

STIPULATED MOTION FOR ORDER TO STRIKE
PLAINTIFF'S JURY DEMAND – PAGE 3
(No. 2:19-CV-00938-BJR)

GORDON REES SCULLY
MANSUKHANI LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile:  (206) 689-2822