IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIDEL ZELEKE,<br><br>                Plaintiff,<br><br>vs.<br><br>SP PLUS CORPORATION,<br><br>                Defendant. | No. 2:19-cv-00938-BJR<br><br>JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

COMES NOW Plaintiff Fidel Zeleke and Defendant SP Plus Corporation, by and through their undersigned counsel, and stipulate, pursuant to FRCP 41(a)(1) that this case be dismissed with prejudice and with each party to bear its own costs and attorney fees.

RESPECTFULLY SUBMITTED this 30th day of October, 2020.

/s/ Rodney R. Moody
Rodney R. Moody, WSBA #17416
Attorney for Plaintiff

/s/ Diana Danzberger
Diana Danzberger, WSBA #24818
Attorney for Defendant SP Plus Corporation

JOINT STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
Page 1 of 2

*Law Office of*
**RODNEY R. MOODY**
2707 Colby Ave., Ste. 603
Everett, WA 98201
WSBA #17416
(425) 740-2940   Fax (425) 740-2941

1-27 in left margin

## ORDER

Based upon the foregoing stipulation of the parties, it is hereby:

ORDERED that the above-captioned matter be dismissed with prejudice as to all parties and without an award of costs or attorney's fees to any party.

DATED this 5th day of November, 2020.

*[signature: Barbara J. Rothstein]*

THE HONORABLE BARBARA J. ROTHSTEIN
United States District Court Judge

*Law Office of*
**RODNEY R. MOODY**
2707 Colby Ave., Ste. 603
Everett, WA 98201
WSBA #17416
(425) 740-2940  Fax (425) 740-2941